SAMUEL PHILIPS, APPELLANT, *v.* ELIZA WALKER AND OTHERS.

*Foreclosure— referee's fees on sale in.*

APPEAL from an order fixing the fees of the referee on a sale of mortgaged premises in the above entitled action. The property at the sale was bid off by plaintiff at $3,000. The referee retained, out of the ten per cent paid on the sum bid at the sale, the sum of $129.65 for his fees and charges, over and above disbursements.

The court, referring to chapter 192 of the Laws of 1874, amending chapter 569 of the Laws of 1869, say a very singular question of constitutionality might be raised upon the act of 1874 ; but it is not necessary to pass upon it, because the appellant's counsel says, in his points, he will be " quite content to have the fees of the referee taxed under this statute," under which he was entitled to thirty dollars as the aggregate of the several items given by the act, besides his disbursements.

*A. C. Thomas*, for the appellant.

*E. J. Shandley*, referee, in person.

Opinion by DAVIS, P. J.

DANIELS and BRADY, JJ., concurred.

Order reversed, and an order entered fixing the referee's fees at thirty dollars and his disbursements, without costs.